**DATE:** 5/24/04

**MEMORANDUM OF RECORD**
In accordance with FRCvP
Rule 27 FRCvP Rule 44 &
F.R.E. 902

CHARLES C MILLER
In Care of: U.S.P.O. Box 4200, at U.S.P.S.
Three Rivers, (78071)
Texas
(Identifier: 61721-065)

JUL - 9 2004

MAIL

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

**To:**          United States District Court
for the Western Judicial District of Washington
at Seattle
**Ref:**Case no: CR 97-51-C-001

Civil number _____
As Assigned by Clerk of law

JUL 2 2004

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| Charles C., Miller Plaintiff | § | |
| | § | Order for Release |
| VS. | § | |
| Carl Blackstone, et al, | § | |
| | § | |

Order for Release

   Charles C., Miller, having specially appeared before the Court
upon verified Complaints of numerous violations of United States
Code. The Court having reviewed the complaints and exhibits annexed
there to finds cause may exist for the charges.

   Wherefore it is apparent that Relator Charles C., Miller is
suffering pain and has been untreated, the court finds these
circumstances to be unusual in the extreme. In order to protect
from further harm and possible permanent injury it is in the in-
terest of justice that Relator Miller receive an independent
medical review of the conditions as they now exist.

/
/
/
/
/
/

**97-CR-00051-NTC**

[1of2]

**DATE:** _____     **MEMORANDUM OF RECORD**

    Further the evidence in the form of exhibits shows merits that Relators challenge to execution of judgement is cause to believe that Relator Miller should be released on his own recognisance to seek medical attention same to be billed to the Three Rivers Correctional Institution inclusive of travel and living, expenses, on par with Federal officers per diem rates.

    Relator Miller is to report weekly by appropriate means to the Federal Bureau of Prisons agents in the area in which he decides to seek competent medical care.

    The Clerk shall prepare the appropriate orders.

    Done this____day of June, 2004 C.E.


Judge

**DATE:** 5/25 04

**MEMORANDUM OF RECORD**
In accordance with FRCvP
Rule 27 FRCvP Rule 44 &
F.R.E. 902

—— FILED —— ENTERED
—— LODGED —— RECEIVED

JUL 3 0 2004

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUT·

CHARLES C MILLER
In Care of: U.S.P.O. Box 4200, at U.S.P.
Three Rivers, (78071)
Texas
(Identifier: 61721-065)

—— FILED
—— LODGED
—— RECEIVED

**MAIL**

JUL - 9 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
B·                         DEPUTY

**To:**           United States District Court;
for the Western Judicial District of Washington
at Seattle
**Ref:**Case no: CR 97-51-C-001

Civil number _____

As Assigned by Clerk of law

Charles C., Miller           §
Plaintiff
                             §     Pracecepi to Clerk for
                             §     Rule 65.1 Notice of
VS.                          §     Distress upon Bond
                             §
Carl Blackstone, et al,      §
                             §

Praecepi to Clerk for Rule 65.1 Notice of Distress upon Bond

   **You will:** please notify the bond holders of the below identi-
fied individuals at the locations and offices below that the attach-
ed and incorporated DISTRESS UPON BOND is entered upon the records
of this matter pursuant to Rule 65.1.

Distressed BONDS and OATHS
Carl Blackstone, Assistant United States Attorney
Floyd Short, Assistant United States Attorney
Randal Janett, Federal Bureau of Investigation
William Giles, United States Secret Service
Charles T Felts, Federal Bureau of Prisons
Edward Perez, Federal Bureau of Prisons
Scott Sussman, Federal Bureau of Prisons
Harley Lappin, Bureau of Prisons
Wallace Cheney, Bureau of Prisons
Gerry Graber, Bureau of Prisons
Katrina Campbell Pflaumer, Former United States Attorney

[1]

DATE: _5/25/04_ **MEMORANDUM OF RECORD**

BOND HOLDER:

John Snow d.b.a. JOHN SNOW, Secretary of The Treasury at 1500, _ccn by PP_ _John D. Hawke_
Pennsylvania Avenue N.W., Washington, D.C. 20220 and ~~David M. Walker~~, _John D. Hawke ccn by PP_
d.b.a. ~~DAVID M. WALKE~~R Comptroller General, Treasury of The United
States, 441 G Street N.W., Washington, D.C., 20548.


  Done this _17_ day of May 2004.

                              _[signature]_
                              Charles C., Miller, Surety.

State of Texas    §

                  §    **INDIVIDUAL ACKNOWLEDGEMENT**

Live Oak County §


  Before me, the undersigned, a Notary Public, in and for the
said County and State, on this _19_ day of _May_, 2004 C.E. (Common
ERA), personally appeared Charles C. Miller, to me known to be the
identified man who executed the same of his free and voluntary act.
Given under my hand and seal the day and year last above written.

_[notary stamp]_
RICHARD C. BARRERA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 12-15-2004

                              _[signature]_
                              Notary Public

[2]

———— FILED ———— ENTERED
———— LODGED ———— RECEIVED

**DATE:** 5/25-04

JUL 30 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

**MEMORANDUM OF RECORD**
In accordance with FRCvP
Rule 27 FRCvP Rule 44 &
F.R.E. 902

CHARLES C MILLER
In Care of: U.S.P.O. Box 4200, at U.S.P.
Three Rivers, (78071)
Texas
(Identifier: 61721-065)

———— FILED
———— LODGED
———— RECEIVED

[ **MAIL** ]

JUL - 9 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

**To:**
United States District Court
for the Western Judicial District of Washington
at Seattle
Ref:Case no: CR 97-51-C-001

Civil number _____
As Assigned by Clerk of law

Charles C., Miller        §
Plaintiff                 §
                          §   Pracecepi to Clerk for
VS.                       §   Rule 65.1 Notice of
                          §   Distress upon Bond
Carl Blackstone, et al,   §
                          §

Praecepi to Clerk for Rule 65.1 Notice of Distress upon Bond

**You will:** please notify the bond holders of the below identi-
fied individuals at the locations and offices below that the attach-
ed and incorporated DISTRESS UPON BOND is entered upon the records
of this matter pursuant to Rule 65.1.

Distressed BONDS and OATHS
Carl Blackstone, Assistant United States Attorney
Floyd Short, Assistant United States Attorney
Randal Janett, Federal Bureau of Investigation
William Giles, United States Secret Service
Charles T Felts, Federal Bureau of Prisons
Edward Perez, Federal Bureau of Prisons
Scott Sussman, Federal Bureau of Prisons
Harley Lappin, Bureau of Prisons
Wallace Cheney, Bureau of Prisons
Gerry Graber, Bureau of Prisons
Katrina Campbell Pflaumer, Former United States Attorney

[1]

**DATE:** *5/25/04*                                    **MEMORANDUM OF RECORD**

BOND HOLDER:

John Snow d.b.a. JOHN SNOW, Secretary of The Treasury at 1500
Pennsylvania Avenue N.W., Washington, D.C. 20220 and David M Walker,
d.b.a. DAVID M WALDER Comptroller General, Treasury of The United
States, 441 G Street N.W., Washington, D.C., 20548.


Done this *17*day of May 2004.

                                         *[signature]*
                                    Charles C., Miller, Surety.


State of Texas      §

                    §      **INDIVIDUAL ACKNOWLEDGEMENT**

Live Oak County §


Before me, the undersigned, a Notary Public, in and for the
said County and State, on this *17* day of *May* ,2004 C.E. (Common
ERA), personally appeared Charles C. Miller, to me known to be the
identified man who executed the same of his free and voluntary act.
Given under my hand and seal the day and year last above written.

*[notary stamp: RICHARD C. BARRERA, NOTARY PUBLIC, STATE OF TEXAS, My Comm. Exp. 12-15-2004]*                    *[signature]*
                                                        Notary Public

```
_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED
```

**DATE:** 5/25 04

JUL 3 2004

AT SEATTLE
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

**MEMORANDUM OF RECORD**

In accordance with FRCvP
Rule 27 FRCvP Rule 44 &
F.R.E. 902

CHARLES C MILLER
In Care of: U.S.P.O. Box 4200, at U.S.P.S.
Three Rivers, (78071)
Texas
(Identifier: 61721-065)

FILED
LODGED
RECEIVED

MAIL

JUL - 9 2004

AT SEATTLE
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

**To:**              United States District Court
for the Western Judicial District of Washington
at Seattle
**Ref:Case no: CR 97-51-C-001**

Civil number _____
As Assigned by Clerk of law

Charles C., Miller                §
Plaintiff                         §
                                  §      Praecepi to Clerk for
VS.                               §      Rule 65.1 Notice of
                                  §      Distress upon Bond
Carl Blackstone, et al,           §
                                  §

Praecepi to Clerk for Rule 65.1 Notice of Distress upon Bond

**You will:** please notify the bond holders of the below identi-
fied individuals at the locations and offices below that the attach-
ed and incorporated DISTRESS UPON BOND is entered upon the records
of this matter pursuant to Rule 65.1.

Distressed BONDS and OATHS
Carl Blackstone, Assistant United States Attorney
Floyd Short, Assistant United States Attorney
Randal Janett, Federal Bureau of Investigation
William Giles, United States Secret Service
Charles T Felts, Federal Bureau of Prisons
Edward Perez, Federal Bureau of Prisons
Scott Sussman, Federal Bureau of Prisons
Harley Lappin, Bureau of Prisons
Wallace Cheney, Bureau of Prisons
Gerry Graber, Bureau of Prisons
Katrina Campbell Pflaumer, Former United States Attorney

[1]

**DATE:** 5/25/04                              **MEMORANDUM OF RECORD**

BOND HOLDER:

John Snow d.b.a. JOHN SNOW, Secretary of The Treasury at 1500 ~~cm~~ P.P.
Pennsylvania Avenue N.W., Washington, D.C. 20220 and ~~David M Walker~~, John D. Hawke
d.b.a. ~~DAVID M WALDER~~ Comptroller General, Treasury of The United
States, 441 G Street N.W., Washington, D.C., 20548.

Done this 17 day of May 2004.

*Charles C. Mill Sault*
Charles C., Miller, Surety.

State of Texas    §

§    **INDIVIDUAL ACKNOWLEDGEMENT**

Live Oak County §

Before me, the undersigned, a Notary Public, in and for the
said County and State, on this 19 day of May ,2004 C.E. (Common
ERA), personally appeared Charles C. Miller, to me known to be the
identified man who executed the same of his free and voluntary act.
Given under my hand and seal the day and year last above written.

RICHARD C. BARRERA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 12-15-2004

*Richard C. Bran*
Notary Public

[2]

**DATE:** 5/25-04

**MEMORANDUM OF RECORD**
In accordance with FRCvP
Rule 27 FRCvP Rule 44 &
F.R.E. 902

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUL 30 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
by _____ DEPUTY

CHARLES C MILLER
In Care of: U.S.P.O. Box 4200, at U.S.P.
Three Rivers, (78071)
Texas
(Identifier: 61721-065)

REC
SIGNED
RECEIVED

MAIL

JUL - 9 2004

AT SEATTLE
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**To:**          United States District Court
     for the Western Judicial District of Washington
                    at Seattle
          **Ref:**Case no: CR 97-51-C-001

          Civil number _____
                    As Assigned by Clerk of law

Charles C., Miller                §
Plaintiff                         §     Praecepi to Clerk for
                                  §     Rule 65.1 Notice of
vs.                               §     Distress upon Bond
                                  §
Carl Blackstone, et al,           §
                                  §

   Praecepi to Clerk for Rule 65.1 Notice of Distress upon Bond

   **You will:** please notify the bond holders of the below identi-
fied individuals at the locations and offices below that the attach-
ed and incorporated DISTRESS UPON BOND is entered upon the records
of this matter pursuant to Rule 65.1.

Distressed BONDS and OATHS

Carl Blackstone, Assistant United States Attorney
Floyd Short, Assistant United States Attorney
Randal Janett, Federal Bureau of Investigation
William Giles, United States Secret Service
Charles T Felts, Federal Bureau of Prisons
Edward Perez, Federal Bureau of Prisons
Scott Sussman, Federal Bureau of Prisons
Harley Lappin, Bureau of Prisons
Wallace Cheney, Bureau of Prisons
Gerry Graber, Bureau of Prisons
Katrina Campbell Pflaumer, Former United States Attorney

[1]

DATE: _5-/25-/04_                              **MEMORANDUM OF RECORD**

BOND HOLDER:

John Snow d.b.a. JOHN SNOW, Secretary of The Treasury at 1500
Pennsylvania Avenue N.W., Washington, D.C. 20220 and David M Walker,
d.b.a. DAVID M WALDER Comptroller General, Treasury of The United
States, 441 G Street N.W., Washington, D.C., 20548.

Done this _17_ day of May 2004.

_[signature]_
Charles C., Miller, Surety.

State of Texas    §

                  §      **INDIVIDUAL ACKNOWLEDGEMENT**

Live Oak County §

Before me, the undersigned, a Notary Public, in and for the
said County and State, on this 1-7 day of May ,2004 C.E. (Common
ERA), personally appeared Charles C. Miller, to me known to be the
identified man who executed the same of his free and voluntary act.
Given under my hand and seal the day and year last above written.

RICHARD C. BARRERA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 12-15-2004

_[signature]_
Notary Public

[2]

FILED ___ ENTERED
___ LODGED ___ RECEIVED

DATE: 5/25/04

JUL 30 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

**MEMORANDUM OF RECORD**
In accordance with FRCvP
Rule 27 FRCvP Rule 44 &
F.R.E. 902

CHARLES C MILLER
In Care of: U.S.P.O. Box 4200, at U.S.P.S.
Three Rivers, (78071)
Texas
(Identifier: 61721-065)

___ FILED
___ LODGED
___ RECEIVED

| MAIL |

JUL - 9 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

To:          United States District Court
    for the Western Judicial District of Washington
                   at Seattle
           Ref:Case no: CR 97-51-C-001

          Civil number _____
                       As Assigned by Clerk of law

Charles C., Miller          §
Plaintiff                   §      Notice of Lis Pendens,
                            §      Indemnity and Distress
VS.                         §      upon Bonds
                            §
Carl Blackstone, et al,     §
                            §

     Notice of Lis Pendens, Indemnity and Distress upon Bonds

[1]    Comes now Plaintiff to enter upon the record of these matter
CR 97-51C-001 Delayed Counter complaint in Admiralty, Civil no
to be assigned by Clerk; Notice of Lis Pendens, Indemnity, and
Distress upon Bonds of Defendants pursuant to Rule 65.1 requiring
Clerk to act in trust for surety.

[2]    Distress is lodged due to mal feasance in office, failure to
perform according to law governing action, a breach of public
trust wherein Defendants refused to disclose all relevant material
facts relating to original claim against Plaintiff.

[3]    Certificate of Attachment, Registration of Security Interest
on Bonded Performance attached and incorporated fully herewith is
under Praecepi to Clerk for forwarding to each Tort feasors
surety, the bond holder John Snow United States Treasury.

[1]

When recorded/registered return to
Charles C., miller
C/o Clerk of Court
U.S.D.C Washington
1010 Fifth Street
Seattle, Washington

# CERTIFICATE OF ATTACHMENT
## REGISTRATION OF SECURITY INTEREST
## OF BONDED PERFORMANCE

Undersigned, majority in age, competent to contract, not delimited nor adjudged incompetent, distressed, attached, liended, assessed, under any fully disclosed process or proceedings, not lawfully impaired in any manner whatsoever, first being duly sworn, states and declares the following are true and correct, not meant to mislead, of first hand personal knowledge, so stated under the pains and penalties of perjury under law.

Edward Perez, a natural man of the land openly, of notorious record. pledged his fidelity to specific performance under PL-89-554, September 6, 1996, 80 Stat 424, Thereby inviting acceptance under his public service, a "public trust" wherein "Each employee has a responsibility to the United States Government and its citizens to place loyalty to the constitution, laws, and ethical principals above private gain". 5 CFR § 2635.101 (a) and (9)(1); primarily the purpose of public officials "oath of office" and "fidelity bond" creating a duty and obligation, a liability an enforceable contract, a "debt" to the Undersigned.

Undersigned accepts Edward Perez's, a man of the land, possessing free will, did in fact and deed openly, notoriously, upon public record, pledge of his personal fidelity to specific performance under PL-89-544, September 6, 1996, 80 Stat 424, Found at Title 5 USC § 3311, Thereby inviting acceptance upon his performance in/of office of Public Trust as given to Edward Perez d.b.a. EDWARD PEREZ, Warden, Federal Bureau of Prisons, under law governing his office as non-discretionary, ministerial function.

Dated this 2⁰ᵉ day of ___July___, 2004 C.E.

P.P.

_____
Charles C., surnamed miller
Surety, Secured Party, Creditor


*State of California*                    §
                                         § ss:        ACKNOWLEDGEMENT
*County of Los Angeles*                  §

*Executed before me, a Notary Public, in and for Los Angeles County, the State of California on this 2ᵗʰ day of ___July___, 2004 C.E. (Common Era) by L'aura, surnamed wise, attorney-in-fact for Charles C.., surnamed miller upon his personal written request, given under my hand and seal the day and year last above written.*

_____ (seal)
*Notary Public*

PHIL W. NAPOLITAN
Comm. # 1375032
NOTARY PUBLIC-CALIFORNIA
Los Angeles County
My Comm. Expires Sept. 15, 2006

When recorded/registered return to
Charles C., miller
C/o Clerk of Court
U.S.D.C Washington
1010 Fifth Street
Seattle, Washington



# CERTIFICATE OF ATTACHMENT
## REGISTRATION OF SECURITY INTEREST
## OF BONDED PERFORMANCE

Undersigned, majority in age, competent to contract, not delimited nor
adjudged incompetent, distressed, attached, liended, assessed, under any fully
disclosed process or proceedings, not lawfully impaired in any manner
whatsoever, first being duly sworn, states and declares the following are true
and correct, not meant to mislead, of first hand personal knowledge, so stated
under the pains and penalties of perjury under law.

Floyd Short, a natural man of the land openly, of notorious record, pledged his
fidelity to specific performance under PL-89-554, September 6, 1996, 80 Stat
424, Thereby inviting acceptance under his public service, a "public trust"
wherein "Each employee has a responsibility to the United States Government
and its citizens to place loyalty to the constitution, laws, and ethical principals
above private gain". 5 CFR § 2635.101 (a) and (9)(1); primarily the purpose of
public officials "oath of office" and "fidelity bond" creating a duty and
obligation, a liability an enforceable contract, a "debt" to the Undersigned.

Certificate No. CCM2004062401-02                                    Page 1 of 2

Undersigned accepts Floyd Short's, a man of the land, possessing free will, did in fact and deed openly, notoriously, upon public record, pledge of his personal fidelity to specific performance under PL-89-544, September 6, 1996, 80 Stat 424, Found at Title 5 USC § 3311, Thereby inviting acceptance upon his performance in/of office of Public Trust as given to Floyd Short d.b.a. FLOYD SHORT, Assistant United States Attorney, under law governing his office as non-discretionary, ministerial function.

Dated this 2nd day of _July_ , 2004 C.E.

P.P.

_____

Charles C., surnamed miller
Surety, Secured Party, Creditor

State of California                     §
                                        § ss:        ACKNOWLEDGEMENT
County of Los Angeles                   §

*Executed before me, a Notary Public, in and for Los Angeles County, the State of California on this 2nd day of July , 2004 C.E. (Common Era) by L'aura., surnamed wise, attorney-in-fact for Charles C.., surnamed miller upon his personal written request, given under my hand and seal the day and year last above written.*

_____

Notary Public

(seal)

PHIL W. NAPOLITAN
Comm. # 1375032
NOTARY PUBLIC - CALIFORNIA
Los Angeles County
My Comm. Expires Sept. 15, 2006

When recorded/registered return to
Charles C., miller
C/o Clerk of Court
U.S.D.C Washington
1010 Fifth Street
Seattle, Washington

## CERTIFICATE OF ATTACHMENT
## REGISTRATION OF SECURITY INTEREST
## OF BONDED PERFORMANCE

Undersigned, majority in age, competent to contract, not delimited nor
adjudged incompetent, distressed, attached, liended, assessed, under any fully
disclosed process or proceedings, not lawfully impaired in any manner
whatsoever, first being duly sworn, states and declares the following are true
and correct, not meant to mislead, of first hand personal knowledge, so stated
under the pains and penalties of perjury under law.

Katrina Campbell PFlaumer, a natural woman of the land openly, of notorious
record, pledged her fidelity to specific performance under PL-89-554,
September 6, 1996, 80 Stat 424, Thereby inviting acceptance under her public
service, a "public trust" wherein "Each employee has a responsibility to the
United States Government and its citizens to place loyalty to the constitution,
laws, and ethical principals above private gain". 5 CFR § 2635.101 (a) and
(9)(1); primarily the purpose of public officials "oath of office" and "fidelity
bond" creating a duty and obligation, a liability an enforceable contract, a
"debt" to the Undersigned.

Undersigned accepts Katrina Campbell PFlaumer's, a woman of the land, possessing free will, did in fact and deed openly, notoriously, upon public record, pledge of her personal fidelity to specific performance under PL-89-544, September 6, 1996, 80 Stat 424, Found at Title 5 USC § 3311, Thereby inviting acceptance upon her performance in/of office of Public Trust as given to Katrina Campbell PFlaumer d.b.a.KATRINA CAMPBELL PFLAUMER, Former United States Attorney, under law governing her office as non-discretionary, ministerial function.

Dated this 2$^{ond}$ day of ___July___, 2004 C.E.

P.P.

Charles C., surnamed miller
Surety, Secured Party, Creditor


*State of California*　　　　　　§
　　　　　　　　　　　　　　§ ss:　　　*ACKNOWLEDGEMENT*
*County of Los Angeles*　　　　§


*Executed before me, a Notary Public, in and for Los Angeles County, the State of California on this ___ day of ___July___, 2004 C.E. (Common Era) by L'aura, surnamed wise, attorney-in-fact for Charles C., surnamed miller upon his personal written request, given under my hand and seal the day and year last above written.*

_____　(seal)

*Notary Public*

PHIL W. NAPOLITAN
Comm. # 1375032
NOTARY PUBLIC - CALIFORNIA
Los Angeles County
My Comm. Expires Sept. 15, 2006

When recorded/registered return to
Charles C., miller
C/o Clerk of Court
U.S.D.C Washington
1010 Fifth Street
Seattle, Washington

## CERTIFICATE OF ATTACHMENT
## REGISTRATION OF SECURITY INTEREST
## OF BONDED PERFORMANCE

Undersigned, majority in age, competent to contract, not delimited nor adjudged incompetent, distressed, attached, bonded, assessed, under any fully disclosed process or proceedings, not lawfully impaired in any manner whatsoever, first being duly sworn, states and declares the following are true and correct, not meant to mislead, of first hand personal knowledge, so stated under the pains and penalties of perjury under law.

Randal Janett, a natural man of the land openly, of notorious record, pledged his fidelity to specific performance under PL-89-554, September 6, 1996, 80 Stat 424, Thereby inviting acceptance under his public service, a "public trust" wherein "Each employee has a responsibility to the United States Government and its citizens to place loyalty to the constitution, laws, and ethical principals above private gain". 5 CFR § 2635.101 (a) and (9)(1); primarily the purpose of public officials "oath of office" and "fidelity bond" creating a duty and obligation, a liability an enforceable contract, a "debt" to the Undersigned.

Undersigned accepts Randal Janett's, a man of the land, possessing free will, did in fact and deed openly, notoriously, upon public record, pledge of his personal fidelity to specific performance under PL-89-544, September 6, 1996, 80 Stat 424, Found at Title 5 USC § 3311, Thereby inviting acceptance upon his performance in/of office of Public Trust as given to Randal Janett d.b.a. RANDAL JANETT, Federal Bureau of Investigation, under law governing his office as non-discretionary, ministerial function.

Dated this 2nd day of _____ July _____, 2004 C.E.

P.P.

_____
Charles C., surnamed miller
Surety, Secured Party, Creditor


| *State of California* | § | |
| | § *ss:* | *ACKNOWLEDGEMENT* |
| *County of Los Angeles* | § | |

*Executed before me, a Notary Public, in and for Los Angeles County, the State of California on this ___ day of _____ July _____, 2004 C.E. (Common Era) by Laura., surnamed wise, attorney-in-fact for Charles C.., surnamed miller upon his personal written request, given under my hand and seal the day and year last above written.*

_____ (seal)
*Notary Public*

PHIL W. NAPOLITAN
Comm. # 1375032
NOTARY PUBLIC - CALIFORNIA
Los Angeles County
My Comm. Expires Sept. 15, 2006

When recorded/registered return to
Charles C., miller
C/o Clerk of Court
U.S.D.C Washington
1010 Fifth Street
Seattle, Washington

## CERTIFICATE OF ATTACHMENT
## REGISTRATION OF SECURITY INTEREST
## OF BONDED PERFORMANCE

Undersigned, majority in age, competent to contract, not delimited nor adjudged incompetent, distressed, attached, liended, assessed, under any fully disclosed process or proceedings, not lawfully impaired in any manner whatsoever, first being duly sworn, states and declares the following are true and correct, not meant to mislead, of first hand personal knowledge, so stated under the pains and penalties of perjury under law.

William Giles, a natural man of the land openly, of notorious record, pledged his fidelity to specific performance under PL-89-554, September 6, 1996, 80 Stat 424, Thereby inviting acceptance under his public service, a "public trust" wherein "Each employee has a responsibility to the United States Government and its citizens to place loyalty to the constitution, laws, and ethical principals above private gain".  5 CFR § 2635.101 (a) and (9)(1); primarily the purpose of public officials "oath of office" and "fidelity bond" creating a duty and obligation, a liability an enforceable contract, a "debt" to the Undersigned.

Certificate No. CCM2004062401-05                                                    Page 1 of 2

Undersigned accepts William Giles', a man of the land, possessing free will, did in fact and deed openly, notoriously, upon public record, pledge of his personal fidelity to specific performance under PL-89-544, September 6, 1996, 80 Stat 424, Found at Title 5 USC § 3311, Thereby inviting acceptance upon his performance in/of office of Public Trust as given to William Giles d.b.a. WILLIAM GILES, United States Secret Service, under law governing his office as non-discretionary, ministerial function.

Dated this 2ⁿᵈ day of _____ July _____, 2004 C.E.

P.P.

_____
Charles C., surnamed miller
Surety, Secured Party, Creditor

State of California              §
                                 § ss:       *ACKNOWLEDGEMENT*
County of Los Angeles            §

*Executed before me, a Notary Public, in and for Los Angeles County, the State of California on this 2ᵈ day of _____ July _____, 2004 C.E. (Common Era) by L'aura., surnamed wise, attorney-in-fact for Charles C., surnamed miller upon his personal written request, given under my hand and seal the day and year last above written.*

_____          (seal)
*Notary Public*

> PHIL W. NAPOLITAN
> Comm. # 1375032
> NOTARY PUBLIC - CALIFORNIA
> Los Angeles County
> My Comm. Expires Sept. 15, 2008

When recorded/registered return to
Charles C., miller
C/o Clerk of Court
U.S.D.C Washington
1010 Fifth Street
Seattle, Washington

# CERTIFICATE OF ATTACHMENT
## REGISTRATION OF SECURITY INTEREST
## OF BONDED PERFORMANCE

Undersigned, majority in age, competent to contract, not delimited nor
adjudged incompetent, distressed, attached, liended, assessed, under any fully
disclosed process or proceedings, not lawfully impaired in any manner
whatsoever, first being duly sworn, states and declares the following are true
and correct, not meant to mislead, of first hand personal knowledge, so stated
under the pains and penalties of perjury under law.

Edward Perez, a natural man of the land openly, of notorious record, pledged
his fidelity to specific performance under PL-89-554, September 6, 1996, 80
Stat 424, Thereby inviting acceptance under his public service, a "public trust"
wherein "Each employee has a responsibility to the United States Government
and its citizens to place loyalty to the constitution, laws, and ethical principals
above private gain". 5 CFR § 2635.101 (a) and (9)(1); primarily the purpose of
public officials "oath of office" and "fidelity bond" creating a duty and
obligation, a liability an enforceable contract, a "debt" to the Undersigned.

Undersigned accepts Edward Perez's, a man of the land, possessing free will, did in fact and deed openly, notoriously, upon public record, pledge of his personal fidelity to specific performance under PL-89-544, September 6, 1996, 80 Stat 424, Found at Title 5 USC § 3311, Thereby inviting acceptance upon his performance in/of office of Public Trust as given to Edward Perez d.b.a. EDWARD PEREZ, Warden, Federal Bureau of Prisons, under law governing his office as non-discretionary, ministerial function.

Dated this 2nd day of ___July___, 2004 C.E.

P.P.

_____
Charles C., surnamed miller
Surety, Secured Party, Creditor


State of California          §
                            § ss:       *ACKNOWLEDGEMENT*
County of Los Angeles        §


*Executed before me, a Notary Public, in and for Los Angeles County, the State of California on this 2 day of ___July___, 2004 C.E. (Common Era) by L'aura., surnamed wise, attorney-in-fact for Charles C.., surnamed miller upon his personal written request, given under my hand and seal the day and year last above written.*

_____   (seal)
Notary Public

PHIL W. NAPOLITAN
Comm. # 1375032
NOTARY PUBLIC-CALIFORNIA
Los Angeles County
My Comm. Expires Sept. 15, 2006

When recorded/registered return to
Charles C., miller
C/o Clerk of Court
U.S.D.C Washington
1010 Fifth Street
Seattle, Washington

## CERTIFICATE OF ATTACHMENT
## REGISTRATION OF SECURITY INTEREST
## OF BONDED PERFORMANCE

Undersigned, majority in age, competent to contract, not delimited nor
adjudged incompetent, distressed, attached, liended, assessed, under any fully
disclosed process or proceedings, not lawfully impaired in any manner
whatsoever, first being duly sworn, states and declares the following are true
and correct, not meant to mislead, of first hand personal knowledge, so stated
under the pains and penalties of perjury under law.

Harley Lappin, a natural man of the land openly, of notorious record, pledged
his fidelity to specific performance under PL-89-554, September 6, 1996, 80
Stat 424, Thereby inviting acceptance under his public service, a "public trust"
wherein "Each employee has a responsibility to the United States Government
and its citizens to place loyalty to the constitution, laws, and ethical principals
above private gain". 5 CFR § 2635.101 (a) and (9)(1); primarily the purpose of
public officials "oath of office" and "fidelity bond" creating a duty and
obligation, a liability an enforceable contract, a "debt" to the Undersigned.

Undersigned accepts Harley Lappin's, a man of the land, possessing free will, did in fact and deed openly, notoriously, upon public record, pledge of his personal fidelity to specific performance under PL-89-544, September 6, 1996, 80 Stat 424, Found at Title 5 USC § 3311, Thereby inviting acceptance upon his performance in/of office of Public Trust as given to Harley Lappin d.b.a. HARLEY LAPPIN, Bureau of Prisons, under law governing his office as non-discretionary, ministerial function.

Dated this 2nd day of July, 2004 C.E.

_____
Charles C., surnamed miller
Surety, Secured Party, Creditor

| | | |
|---|---|---|
| *State of California* | § | |
| | § ss: | *ACKNOWLEDGEMENT* |
| *County of Los Angeles* | § | |

*Executed before me, a Notary Public, in and for Los Angeles County, the State of California on this ___ day of ___ July ___, 2004 C.E. (Common Era) by L'aura., surnamed wise, attorney-in-fact for Charles C., surnamed miller upon his personal written request, given under my hand and seal the day and year last above written.*

_____ (*seal*)
*Notary Public*

PHIL W NAPOLITAN
Comm. # 1375032
NOTARY PUBLIC-CALIFORNIA
Los Angeles County
My Comm. Expires Sept. 15, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Western District of Washington
at
Seattle Division

~~FILED~~ ~~LODGED~~ ENTERED RECEIVED

JUL 2 2004

AT SEATTLE
BY CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

Charles C., surnamed miller

**SUMMONS IN A CIVIL CASE**

V.

$CR$ 97-51C

Carl Blackstone
Floyd Short
Katrina Campbell PFlaumer
Randall Janett
William Giles                      CASE NUMBER:
Edward Perez
Harley Lappin

TO: (Name and address of Defendant)

Carl Blackstone

UNITED STATES ATTORNEYS OFFICE
800 5th Avenue, Suite 3601
Seattle, [98104] Washington

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles C., Miller, Surety
In Care of U.S.P.O. Box 4200, at U.S.P.S.
Three Rivers, (78071)
Texas
(Att: res·CHARLES C MILLER, 61721-065-LO-A)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Western District of Washington
### at
### Seattle Division

Charles C., surnamed miller

**SUMMONS IN A CIVIL CASE**

V.

Carl Blackstone
Floyd Short
Katrina Campbell PFlaumer
Randall Janett
William Giles
Edward Perez
Harley Lappin

CASE NUMBER:

TO: (Name and address of Defendant)

Floyd Short

In care of UNITED STATES ATTORNEYS OFFICE
800 5th Avenue, Suite 3601
Seattle, [98104] Washington

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles C., Miller, Surety
In Care of U.S.P.O. Box 4200, at U.S.P.S.
Three Rivers, (78071)
Texas
(Att: res· CHARLES C MILLER, 61721-065-LO-A)

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Western District of Washington
### at
### Seattle Division

Charles C., surnamed miller

**SUMMONS IN A CIVIL CASE**

V.

Carl Blackstone
Floyd Short
Katrina Campbell PFlaumer
Randall Janett
William Giles                        CASE NUMBER:
Edward Perez
Harley Lappin

TO: (Name and address of Defendant)

Katrina Campbell PFlaumer

In care of UNITED STATES ATTORNEYS OFFICE
800 5th Avenue, Suite 3601
Seattle, [98104] Washington

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles C., Miller, Surety
In Care of U.S.P.O. Box 4200, at U.S.P.S.
Three Rivers, (78071)
Texas
(Att: res- CHARLES C MILLER, 61721-065-LO-A)

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Western District of Washington
### at
### Seattle Division

Charles C., surnamed miller

**SUMMONS IN A CIVIL CASE**

V.

Carl Blackstone
Floy Short
Katrina Campbell PFluamer
Randall Janett
William Giles                          CASE NUMBER:
Edward Perez
Harley Lappin

TO: (Name and address of Defendant)

Randall Janett

FBI Seattle
1110 Third Avenue
Seattle, [98101] Washington

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles C., Miller, Surety
In Care of U.S.P.O. Box 4200, at U.S.P.S.
Three Rivers, (78071)
Texas
(Att: res. CHARLES C MILLER, 61721-065-LO-A)

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

CLERK _____    DATE _____

(By) DEPUTY CLERK _____

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Western District of Washington
### at
### Seattle Division

Charles C., surnamed miller

**SUMMONS IN A CIVIL CASE**

V.

Carl Blackstone
Floyd Short
Katrina Campbell PFluamer
Randall Janett
William Giles
Edward Perez
Harley Lappin

CASE NUMBER:

TO: (Name and address of Defendant)

William Giles

915 2nd Ave # 806
Seattle, WA 98174

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles C., Miller, Surety
In Care of U.S.P.O. Box 4200, at U.S.P.S.
Three Rivers, (78071)
Texas
(Attn: res CHARLES C MILLER, 61721-065-LO-A)

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Western District of Washington
### at
### Seattle Division

Charles C., surnamed miller

### SUMMONS IN A CIVIL CASE

V.

Carl Blackstone
Floyd Short
Katrina Campbell PFluamer
Randall Janett
William Giles                           CASE NUMBER:
Edward Perez
Harley Lappin


TO: (Name and address of Defendant)

Edward Pèrez
P.O. Box 400
Three Rivers, Tx 78071


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles C., Miller, Surety
In Care of U.S.P.O. Box 4200, at U.S.P.S.
Three Rivers, (78071)
Texas
(Attn: res CHARLES C MILLER, 61721-065-LO-A)


an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.


CLERK                                          DATE


(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## estern District of Washington

### at

### Seattle Division

Charles C., surnamed miller

**SUMMONS IN A CIVIL CASE**

V.

Carl Blackstone
Floyd Short
Katrina Campbell PFluamer
Randall Janett
William Giles                    CASE NUMBER:
Edward Perez
Harley Lappin

TO: (Name and address of Defendant)

Harley Lappin
320 First Street N.W.
Washington D.C. 20534

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles C., Miller, Surety
In Care of U.S.P.O. Box 4200, at U.S.P.S.
Three Rivers, (78071)
Texas
(Attn: res CHARLES C MILLER, 61721-065-LO-A)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____                    _____
CLERK                                            DATE

_____
(By) DEPUTY CLERK

LAURA STACEY WISE
U.S.P.O. Box 3031
Redondo Beach [90277]
California

Clerk of the Court
United States District Court
Western District
1010 Fifth Street
Seattle [98104]
Washington

FILED
LODGED
RECEIVED        MAIL

JUL - 9 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

July 6, 2004

# NOTARY PUBLIC STATEMENT

State of California        §
                           §  ss.
County of Los Angeles      §


I, Notary Public in and for the State of California and the County of Los Angeles, have been
requested to forward these papers, which are held as evidence in these matters presented,
same duly registered, UCC-3 File No. _____. This Notary Public is
giving notice that the evidence in the matter is enclosed and will be provided upon specific
written request for information desired. Witness my hand and seal.


_____        (seal)
LAURA STACEY WISE, Notary Public

LAURA STACEY WISE
COMM. #1465443
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXPIRES JAN. 26, 2008