

RECEIVED
JUL 09 2007
JUDGE COUGHENOUR

# NOTICE

To the President George W. Bush Commander in Chief
Of the Armed Forces of the United States, the White House,
Washington, D.C. [20500]

To the Secretary of the United States Treasury
Henry M. Paulson the United States Department
Of the Treasury 1500 Pennsylvania Avenue N.W.
Washington D.C. [20220]

To Stacia A. Hylton Federal Detention Trustee [OFDT]
1331 Pennsylvania Avenue N.W.
Washington D.C. [20530]

Know Ye Men by These Presents:

97-CR-00051-STIP

That the below entitled <u>Express Trust</u> i.                                   §§
401 and 402 of the Uniform Trust Code of 2005 as amended and title 58 of the Ohio Uniform Trust Code as passed at title 58 §§ 5801, 5804. 5806, 5807, 5808, 5811, 5812, 5813 and 5815 and Restatement (Third) of Trusts §§ 11, 13 and Restatement (Second) of Trusts §§ 18-23 (1959) and the Treaty of The Articles of Confederation of November 1, 1777 of the United States of America and in full force as of March 1, 1781, title 10 of the Armed Forces under the Uniform Code of Military Justice §§ 331, 332, 333 and 334 and the Confiscation Acts of August 6, 1861 and July 16, 1862 codified at title 50 §§ 211, 212 and 213.

Dated this 8th day of July 2007 of our Lord God YAH [Havah]:

I, Charles-C: Miller, a Man as Grantor/Beneficiary and Beneficiary of the Organic Treaty The Articles of Confederation of November 1, 1777 and ratified and in force since March 1, 1781 of the United States of America and the Organic Constitutional Trust of 1878 of Washington (state) and being duly sworn depose and say the following: That I am a *Sovereign Soul* by my Legal Guardian Semjasa (Hbrw.) and created by the Lord God YAH, nunc pro tunc as, of and for January 1, 1997 and being of sound mind hereby declare and appoint as Fiduciaries, Administrators, Executors, Representatives, and

*Notice and Appointments*

Trustees, the following individuals, persons and trustees, George W. Bush, Commander in Chief of the United States Army, Col. Katherine Miller, Provost Marshall at Fort Lewis, Washington, Henry M. Paulson, Jr., Secretary of the United States Department of the Treasury, Stacia H. Hylton, Federal Detention Trustee [OFDT], Robert J. Palmquist, Warden of SEATAC Federal Detention Center, John C. Coughenour, United States District Judge, James P. Donohue, United States District Judge, Carl Blackstone, Assistant United States Attorney, Jeffrey S. Thomason, U. S. Probation Officer, as assigns or agents, Christine Gregoire, Governor of Washington, Sam Reed, Secretary of State of Washington, of the Legal Estate of the Decedent [dead estate] CHARLES C MILLER account # 516580475 nunc pro tunc as, of and for January 1, 1997 including all incidents, taxable terminations, taxable transfers, taxable distributions, and direct skips stemming from, or relating to as pass throughs or trusts or having any relationship to or from or within any incident to Case # CR97-0051JCC, or Federal Inmate Reg. #61721-065 for and/or on behalf of the Grantor/Beneficiary Charles-C: Miller. These appointments will not be affected by the addition of additional Fiduciaries, Administrators, Executors, Representatives, and Trustees, from time to time, by the Grantor/Beneficiary Charles-C: Miller as they be become known.

This Express Trust may be revoked at any time without penalties or liabilities being incurred by the Grantor Charles-C: Miller, who retains the right to amend or alter this instrument at any time.

This Notice and Appointment of the above Fiduciaries, Administrators, Executors, Representatives, and Trustees, by the Grantor/Beneficiary Charles-C: Miller is controlled and governed by the following Indenture Agreement and Indemnity Bond. The above named Fiduciaries, Administrators, Executors, Representatives, and Trustees, under title 26 USC § 2203 are responsible for payment of all taxable terminations under title 26 USC § 2612 (a) (1) (A) (B), distributions under title 26 USC § 2612 (b), transfers under title 26 USC § 2511 and direct skips, pass throughs and gifts under title 26 USC §§2501, 2502, 2001, 2002 and 2603 and the filing of all 1099 OID's, 1099 INT's and 1099 A's showing the Payor and Recipient's of all Funds, Capital, Income and Interest paid out. The above

named Fiduciaries, Administrators, Executors, Representatives, and Trustees, while acting in their official capacities agree to hold the Grantor/Beneficiary Charles-C: Miller harmless from any liability or loss by indemnification and Bond from any and all taxable terminations, transfers, distributions, direct skips originating from the Legal Estate of the Decedent [dead estate] CHARLES C MILLER account # 516580475.

It is hereby and herewith Ordered that Fiduciary, Administrator, Executor, Representative, and Trustee Judge John C. Coughenour shall execute the attached Order forthwith.

Signed this _8th_ day of July, 2007 A.D.

_[signature]_
Grantor/Beneficiary Charles-C: Miller

_[signature]_      _[signature]_      _[signature]_
Signatory Witness   Signatory Witness   Signatory Witness

Andrew-Steven: Gray    Stephen Craig    Percy Newton
Print Name             Print Name       Print Name

Deuteronomy 19:15 "At the mouth of three witnesses shall the matter be established."

I John 5:7 "For there are three that bear record in heaven, the Father, the Word, and the Holy Ghost [Spirit]: and these three are one."

I John 5:8 "And there are three that bear witness in the earth, the spirit and the water, and the blood: and these three agree in one."

I John 5:9 "If we receive the Witness of men, the witness of the Lord God YAH is greater."

Psalm 68:4 "By His name YAH" [Havah]

Notice and Appointments

Page 3 of 3

| Form **56** (Rev. July 2004) Department of the Treasury Internal Revenue Service | **Notice Concerning Fiduciary Relationship** (Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |

**Part I   Identification**

Name of person for whom you are acting (as shown on the tax return): **CHARLES C MILLER**

Identifying number:

Decedent's social security no.: **516 : 58 : 0475**

Address of person for whom you are acting (number, street, and room or suite no.): **P.O. BOX 13900**

City or town, state, and ZIP code (If a foreign address, see instructions.): **SEATTLE, WA 98198**

Fiduciary's name: **Charles-C: Miller**

Address of fiduciary (number, street, and room or suite no.): **c/o 1106 Terminal Way, Suite 202**

City or town, state, and ZIP code: **Near Reno, Nevada [89502]**

Telephone number (optional):

**Part II   Authority**

1   Authority for fiduciary relationship. Check applicable box:
- a(1) ☑ Will and codicils or court order appointing fiduciary . . . . . . . (2) ☐ ...ath **Nov. 30, 1949**
- b(1) ☐ Court order appointing fiduciary . . . . . . . . . . . . . . . (2) ☐ (see instructions)
- c    ☐ Valid trust instrument and amendments
- d    ☐ Other. Describe ▶

**Part III   Nature of ...ility a... No...**

2   Type of tax (es..., gi..., genera..., ...ing, ..., ex..., etc.) ▶
3   Federal tax fo... (706, ...0, 1, ...
4   Year(s) or peri...
5   If the fiduciary li... ...t ... whom notices and other written communications should be sent for **all** items described on lines 2, 3... ...eck h... ▶ ☐
6   If the fiduciary ... ...t ... the person to whom notices and other written communications should be sent for **some** (but not all) of the items d... ...n lines 2, 3, and 4, check here ▶ ☐ and list the applicable Federal tax form number and the year(s) or period(s) applic...

**Part IV   Revocation or Termination of Notice**

Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:
- a ☐ Court order revoking fiduciary authority
- b ☐ Certificate of dissolution or termination of a business entity
- c ☐ Other. Describe ▶

Section B—Partial Revocation

8a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . . ▶ ☐
b   Specify to whom granted, date, and address, including ZIP code.
▶

Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . ▶ ☑
▶ JUDGE JOHN C. COUGHENOUR, 700 STEWART ST. SEATTLE, WA 98101

For Paperwork Reduction Act and Privacy Act Notice, see back page.    Cat. No. 16375I    Form **56** (Rev. 7-2004)

**SAMPLE**

Form 56 (Rev. 7-2004) Page 2

### Part V — Court and Administrative Proceedings

| Name of court (If other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON | Feb. 1997 |

| Address of court | Docket number of proceeding |
|---|---|
| 700 STEWART STREET | CR97-0051-JCC |

| City or town, state, and ZIP code | Date | Time | a.m. / p.m. | Place of other proceedings |
|---|---|---|---|---|
| SEATTLE, WA 98101 | | | | |

### Part VI — Signature

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

Please Sign Here ▶ *Charles C. Miller* — Fiduciary's signature

GRANTOR — Title, if applicable

June 8, 2007 — Date

Form 56 (Rev. 7-2004)



# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　Plaintiff )<br>　　　　　　　　　　　　　　　)<br>vs. )<br>　　　　　　　　　　　　　　　)<br>CHARLES C MILLER )<br>　　　　　　　　　　　　　　　)<br>　　　　Defendant )<br>　　　　　　　　　　　　　　　) | **CASE NO. CR97-051-JCC**<br><br>ORDER |

The case and judgment against the above named defendant is ruled and declared VOID.

The defendant is exonerated of all charges.

The records of this case are Ordered expunged.

It is ordered that CHARLES C MILLER be released from custody.

**IT IS SO ORDERED.**

Dated: July ____, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　United States District Judge