| REGISTER NUMBER | ACCEPTANCE PERFORMANCE BOND | ORIGINAL ISSUE DATE: |
|---|---|---|
| 7002-2170-0000-7537-0135 | | Date Sworn on it October 26, 1940 |
| ISSUE NUMBER | ORIGINAL ISSUE DATE | EXECUTED DATE: |
| JCC 0135-0001 | November 26, 1940 | Date due at hearing February 10, 1997 |
| | Date of Majority | |
| PAY TO: OBLIGEE: | | BY OBLIGOR: |
| Charles C. Miller | | John C. Coughenour, Office of US District Court Judge |

In contemplation of faithful performance under written instrument with sureties, obligee **Charles C: Miller** herein accepts;

1. That; The United States, in all its guises, is an artificial entity [person] made up of words, expressed on paper, available for use by anyone who does business with the United States, of that the United States has effect upon;
2. That; All agents of the United States, natural men, flesh and blood, pledge their personal oath, the bond, a security, to act exclusively within the written and known authorities of the United States when they appear to operate under its color;
3. That; Any agent, actors all, acting without the explicit written words enpowering the United States, deny the United States its ability, its absolute duty, to fulfill its obligations, to keep its promises as stated by its written words, beginning with its United States Charter;
4. That; There is no defense or limitation, for acts outside the expressed statements in writing issued by the United States for execution by its agents, bonded offer, for open, notorious, general, reliance and execution.

All written statements issued by the United States its agent obligor, are offers to perform, admission of obligation now duly accepted for execution.

| CHARLES C MILLER | EQUITY CALL | ACCOUNT NUMBER |
|---|---|---|
| | | 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 |

Obligee, **Charles C:Miller** has discovered that I have been an involuntary Contributing Beneficiary to the United States Federal corporation, through its constructive entity, entitled res **CHARLES C MILLER**, an artificial person, a utility, which carries with it certain identifiers and agreements with and in the commercial for profit Federal corporation. This new information has been obtained through due diligence from sources of integrity, the open, general, notorious, words issued by the United States, offered and intended to be relied upon in all dealings with the United States, its agents and instrumentalitites. The United States promised obligations and duties for certified equity call are guaranteed to be performed by all United States agents attaching Me, the flesh and blood man, **Charles C:Miller** through instrumentalities, through the entity called and identified as res **CHARLES C MILLER** results in a trust being established under such acts and or omissions. Those attaching Me, **Charles C: Miller** , operate as trustees with fiduciary obligations to the Res of that trust. My rights, liberties, held under name **CHARLES C MILLER** , my labor, are private equities, which have been taken as value, a fungible in and for the support of the United States Federal corporation in its operations by its agents, through its instrumentalities. This taking is payment. I, **Charles C: Miller** now call due the reimbursement owed by the United States and all its bond agents who operate the United States instrumentalities off and from the attachment of Me and others, due to prior contributions taken, voluntary under full disclosure or, without disclosure or consent. With or without consent the fact is the value has been taken, accepted, used, which creates the obligation on the acceptor to return the goods and services paid for in the form of performance, to wit;

OBLIGOR: _John C. Coughenour, Office of U.S District Court Judge_ , YOU WILL;

recognize your employers written statements as cited by exhibits to your superior Mr. Mulcasey, act or limit acts past, present, and future, accordingly; recognize your paid fiduciary duty to employer, the United States, its equity creditor, Contributing Beneficiary Charles C: Miller, and insure on personal liability Charles C: Miller is released from all detention and impairment related to CR97-51C instrument within three days receipt of this registered instrument.

Done this _1_ day of _July_ ,2008

_res CHARLES C MILLER_    by    _[signatures]_

June 25, 2008

From: Charles C: Miller
      In care of; Res CHARLES C MILLER
      C/o Reg. No. 61721-065
      3600 Guard Road
      Lompoc, California 93436

Issue Number:

Reference: CR 97-51C

To:   John C. Coughenour (alleged judge)
      701 Stewart Street
      Seattle, Washington.
      98001


To Whom It May Concern,

   You will please find attached NOTICE OF FRAUDULENT SECURTIES: PERFORMANCE BOND which is believed to fall within your professional and personal responsibilities. As you can see there are very real issues that need to be addressed. Not the least among many is the reporting of the issuance of counterfeit securties which you and each of you were involved with.
   It occurs to me that you and each of you hold capacity to take action for mitigation of these matters by causing the counterfeit securties to be canceled, and, I believe you are familiar with the 1099C form provided for cancellation of such issues.
   In as much as I accept the performance bond you and each of you issued under your signature at not cost to me, registration of such will be carried out via appropriate form for payment upon your breach.
   In as much as these matters require correction, and as paid employees of the United States, same is required and you will please take aposit measures.

                                                                 _____
                                                                 Charles C: Miller
                                                                 Authorized Agent
                                                                 Contributing Beneficiary

Cc: A.G. Mulcasey
    Bruce Rifkin, Clerk of Court
    Carl Blackstone
    David Miller

June 24, 2008

Addendum:

Dear Mr. Coughenour,

   You in your public trust office agent to and for the United States, is called upon to recognize that there is no penalty of supervised release available to you as Untied States Judge under the originally charged violations of 18 USC §§ 371, 1341, 1344, which was tried by jury. Supervised Release assessed issued by you was done after the conclusion of the case and processed as a claim brought by the Courts U.S. Probation Office under a seperate section of 18 USC.
   Specific Performance is called upon you for issuing immediate dismissal of CR 97-51C and issuing release order from imprisonment.
   It is believed you are familiar in these matters and are familiar with 1099C, 1099LTC required for processing these release orders.
   Thank you for your prompt action.

*[signatures]*

June 16th, 2008
Certificate, Registration #:
(proof of receipt, USPS)

From: Charles C. Miller
c/o Res CHARLES C MILLER
Reg# 61721-065,
3600 Guard Road
Lompoc, CA.
in care of Post Master  93436

Michael Mulcasey, Attorney General,
United States Department of Justice
950 Pennsylvania Ave. NW,
Washington D.C.  20530-0001

Ref: UNITED STATES OF AMERICA vs CHARLES C MILLER
IN UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
SEATTLE; CR97-51C 001

Re: Subject, NOTICE OF COUNTERFEIT SECURITIES
EQUITY CALL

Dear Attorney General Mulcasey,

You are hereby put on NOTICE, pursuant to Title 18 USC section 4 of the commission of crimes cognisable by a court of the United States under Title 18 USC section 513 to wit: at (a) "Whoever makes, utters, or possess a counterfeit security of a state or political subdivision thereof, or of an organization, or whoever makes, utters, or possess a forged security of a state or political subdivision thereof, or of an organization, with intent to deceive another person, organization, or government, shall be fined not more than $250,000.00 or inprisoned not more than 10 years or both"

**DECEIT:** is defined as the tort of fraudulent representation where in such representation, or omission of material fact, made with knowledge of its falsity, recklessly, or without reasonable grounds for believing its truth, and with intent to induce reliance there on, which one relies to his injury. The word deceive in the statute section 513 above is operative here in and here with.

See also sections 2311, 2314, 2320, of Title 18 USC for additional fines and sanctions. Section 2311 defines securities as, "evidence of indebtedness" which is in a broad sense as well as specifically applied, may mean anything that is due and owing which would include a duty, obligation, or right of action.

Mr. Mulcasey, The acts and omissions, overt concealments involving breach of moral, legal, and equitable duty with in the trust of public office destroys the confidence in the commercial system which operates off the now known fraudulent securities.

The counterfeit securities identified below were issued by the Seattle Court identified above, and trade on public exchanges under cusip #316390871 under Fidelity Select Computer P.T. fund number 7.

Case No CR-97-5T C 001 some how changed into 7CR 51C01 as an account number.

The nature of the transaction funding the fraudulent securities are covered by color of law which upon inspection discloses the constructive fraud on assumed, never consented to, executory interest having no legal authority to wit:
1. The claim founding the fraudulent securities is styled INDICTMENT claiming duty, obligation, or right of action upon Charles-C:Miller in favor of the UNITED STATES OF AMERICA cites authorities for rights not authorized by law;
2. The UNITED STATES OF AMERICA is not the United States, nor the UNITED STATES as authorized to apply the United States Code. Nor being a Government, or government agency, the UNITED STATES OF AMERICA is a private party making some sort of private claim under color of official right, a fraudulent claim absent proof of contract or obligation being known to all parties, which is not of record.

    a) The charges of 18 USC § 371, § 1341, § 1344 do not evidence both the Statutes at Large and the enforcement regulations as required by law;
    b) Regulations may be directive (voluntary) or manditory, The Code of Federal Regulation Parallel Table of Authorities, exhibit 1 attached, lists, evidence, the enforcement (mandatory) federal regulation, all others are directory and do not attach Charles C:Miller and may be ignored unless one is a federal agent, official, or instrumentality because the papers are a counterfeit security;
    c) There is no evidence that Charles C:Miller was engaged in federally regulated activity;
    d) The Claim styled indictment contains no prima facia evidence that Charles C:Miller has ever agreed, or been adjudicated to be subject of federally regulated activity and is a counterfeit security;
    e) The Warrant for Arrest by alleged Judge John C. Coughenour, Bruce Rifkin, Clerk, Carl Blackstone, US Attorney, is a counterfeit security and a constructive fraud since none of the information constitutes prima facia evidence unless the enforcement regulations that identified the Statutes and the law to impose a duty or obligation on Charles C:Miller appear on the instruments, which they do not.
    f) The United States agents are barred from making "status determination" with regard to Charles C:Miller, absent consent, and all acts resulting from such knowingly unauthorized determinations are counterfeit, constructive frauds, which is self evident that the authorities claim to act are incomplete, without implimenting

regulations as required by law, which means the acts of John C Coughenour, Bruce Rifken, Carl  Blackstone, and others are in excess of their authorities, not authorized by law, in violation of Federal Law.

Being that Charles C:Mller is not a "person" defined as subject to non regulated United States Code, there could be no jurisdiction by the issues evidenced by any of the documents. Without evidence of authority on the face of the documents, they are counterfeit securities designed to induce others to rely on them to their detriment under constructive fraud under color of law.

**DEMAND** is hereby made on you, Michael Mulcasey, United States Attorney General, to:
1. Investigate the above names, government officials, employees, agents, and public officers for creating, using, and promoting fraudulent and counterfeit securites, in a fraudulent scheme in reckless disregard, intentionally in excess of statutory provisions, regulatory provisions of the United States Code.
2. Order those named above, and or related to these matters in official capacity for production of signed delegation authority from their superiors which authorizes the acts and omissions in these proceedings against me.
3. After investigation of these alleged public officals, cause indictments to issue against all the officers suspected of counterfeiting or conspiring to counterfeit securities of the United States pursuant to 18 USC §4, § 513, and other code violations.

In the alternative, if you are unwilling or unable, to properly fulfill your obligations to investigate, indict, and prosecute the above named and unnamed individuals, identified the lawful reasons why you refuse to keep the promises issued by the United States, your employer. You will please relate the same to me within 10 days receipt of this letter. If you need more than 10 days, a simple request for extension of time will be granted for reasonable cause. Failure to respond to this notice of fraudulent securites with attached equity call on performance bond will be prima facia evidence that you intend to deny the United States its ability, its absolute duty, to fulfill its obligations, to keep its promises as stated by its written words.

_[signature]_
Charles C: Miller
Authorized Agent
Contributing Beneficiary

Cc: John C. Coughenour (alleged judge)
    Bruce Rifkin, Clerk of Court
    Carl Blackstone, U.S. Attorney
    David Miller, U.S. Marshal

**Attachments:**
1. USC FINDING AIDS, FEDERAL REGULATIONS, STATUTES, USC
2. Judgment in a criminal case
3. 18 USC §§ 1341, 1344, 371

EQUITY CALL
EXHIBIT LIST
Date:_____

Issue Number                                              Executed date

Evidence provided herein below is offered as proof in the forms authorized and recognized as manditory on all United States agents, for their incontrovertible acceptance of the orders contained under each cited exhibit as autheniated by their employer the United States through its published obligations and limitations.

**A:** UNITED STATES CODE SERVICE AND FINDING AIDS TO CODE OF FEDERAL REGULATIONS. 12 pages.
Proof beyond any reasonable doubt, that, 18 USC §§ 2, 371, 1341, and 1344, never had implementing regulations, and, that no part of the charges against Charles C: Miller were ever complete as required by law, inclusive of sentence provisions under United States Sentencing Guidelines.

**B:** UNITED STATES CODE SERVICE PUBLISH OF UNITED STATES CODE WITH NOTES.
Proof beyond any reasonable doubt that 18 USC §§ 2, 371, 1341, and 1344, never had regulatons attached as required by law, making them incomplete to establish a claim, or invoke jurisdiction of any United States agent upon Charles C: Miller. 9 pages.

**C:** JUDGMENT IN A CRIMINAL CASE, CR97-51C, 11/12/99
Proof beyond reasonable doubt, 18 USC §§ 2, 371, 1341, and 1344, never noticed, never had regulations required by law, and are exhibits of Counterfeit Securities. 2 pages.
JUDGMENT IN A CRIMINAL CASE CR97-51C, 4/06/07.
Proof beyond all reasonable doubt that Supervised Release sentence contains no regulations as required by law, no criminal charges carrying criminal penalty. 2 pages.

**C:** JUDGMENT IN A CRIMINAL CASE are signed by United States Attorneys by Carl Blackstone and Floyd Short, 2007 by Carl Blackstone, in addition to Judical Officer John C Coughenour, proof beyond all reasonable doubt Counterfeit Securities being issued in violation of separation of powers.

**D:** Supervised Release document proof beyond all reasonable doubt, that, Supervised Release is not an authorized penalty under charges 18 USC §§ 371, 1341, and 1344 as the document exposes no Federal Regulation, and there is no executing agent accepting custody of Defendant after completion of Penalities auithorized by Statute, found by jury after trial. Proof of Counterfeit Securities. 2 pages.

**E:** CR97-51C INDICTMENT.
Proof beyond all reasonable doubt, that, there are no Federal Regulations for implementing claims against Charles C: Miller; no invoking of jurisdiction of a United States Court, and no subject matter jurisdiction available under 18 USC §§ 2, 371, 1341, and 1344, as required by law noticing a complete statute. 4 pages. Regualtions shown on the indictment making INDICTMENT CR97-51C a Counterfeit Security.

June 25, 2008

From: Charles C: Miller
 In care of; Res CHARLES C MILLER
 C/o Reg. No. 61721-065
 3600 Guard Road
 Lompoc, California 93436

Issue Number:

Reference: CR 97-51C

To:   David Miller
      701 Stewart Street
      Seattle, Washington.
      98001

To Whom It May Concern,

  You will please find attached NOTICE OF FRAUDULENT SECURTIES: PERFORMANCE BOND which is believed to fall within your professional and personal responsibilities. As you can see there are very real issues that need to be addressed. Not the least among many is the reporting of the issuance of counterfeit securties which you and each of you were involved with.
  It occurs to me that you and each of you hold capacity to take action for mitigation of these matters by causing the counterfeit securties to be canceled, and, I believe you are familiar with the 1099C form provided for cancellation of such issues.
  In as much as I accept the performance bond you and each of you issued under your signature at not cost to me, registration of such will be carried out via appropriate form for payment upon your breach.
  In as much as these matters require correction, and as paid employees of the United States, same is required and you will please take aposit measures.

                                                  /s/ Charles C. Miller
                                                  Charles C. Miller
                                                  Authorized Agent
                                                  Contributing Beneficiary

Cc: A.G. Mulcasey
    John C. Coughenour (alleged judge)
    Carl Blackstone
    Bruce Rifkin, Clerk of Court

June 25, 2008

From: Charles C: Miller
      In care of; Res CHARLES C MILLER
      C/o Reg. No. 61721-065
      3600 Guard Road
      Lompoc, California 93436

Issue Number:

Reference: CR 97-51C

To:   Bruce Rifkin, Clerk of Court
      701 Stewart Street
      Seattle, Washington.
      98001

To Whom It May Concern,

   You will please find attached NOTICE OF FRAUDULENT SECURTIES: PERFORMANCE BOND which is believed to fall within your professional and personal responsibilities. As you can see there are very real issues that need to be addressed. Not the least among many is the reporting of the issuance of counterfeit securties which you and each of you were involved with.
   It occurs to me that you and each of you hold capacity to take action for mitigation of these matters by causing the counterfeit securties to be canceled, and, I believe you are familiar with the 1099C form provided for cancellation of such issues.
   In as much as I accept the performance bond you and each of you issued under your signature at not cost to me, registration of such will be carried out via appropriate form for payment upon your breach.
   In as much as these matters require correction, and as paid employees of the United States, same is required and you will please take aposit measures.

                                            _____
                                            Charles C: Miller
                                            Authorized Agent
                                            Contributing Beneficiary

Cc: A. G. Mulcasey
    John C. Coughenour (alleged judge)
    Carl Blackstone
    David Miller

June 25, 2008

From: Charles C: Miller
      In care of; Res CHARLES C MILLER
      C/o Reg. No. 61721-065
      3600 Guard Road
      Lompoc, California 93436

Issue Number:

Reference: CR 97-51C

To:   Carl Blackstone
      701 Stewart Street
      Seattle, Washington.
      98001

To Whom It May Concern,

You will please find attached NOTICE OF FRAUDULENT SECURTIES: PERFORMANCE BOND which is believed to fall within your professional and personal responsibilities. As you can see there are very real issues that need to be addressed. Not the least among many is the reporting of the issuance of counterfeit securties which you and each of you were involved with.
It occurs to me that you and each of you hold capacity to take action for mitigation of these matters by causing the counterfeit securities to be canceled, and, I believe you are familiar with the 1099C form provided for cancellation of such issues.
In as much as I accept the performance bond you and each of you issued under your signature at not cost to me, registration of such will be carried out via appropriate form for payment upon your breach.
In as much as these matters require correction, and as paid employees of the United States, same is required and you will please take aposit measures.

               Charles C. Miller
               Authorized Agent
               Contributing Beneficiary

Cc: A.G. Mulcasey
    John C. Coughenour (alleged judge)
    David Miller
    Bruce Rifkin, Clerk of Court